**Order entered November 23, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01438-CR

## CHRISTOPHER HOWARD BEACHUM, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F-1355206-W

## ORDER

Before the Court is the State's November 22, 2016 second motion for extension of time in which to file its brief. The motion is **GRANTED**. The State's brief, which accompanied its motion, is deemed timely filed as of the date received.

/s/     ELIZABETH LANG-MIERS
             PRESIDING JUSTICE